UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  5:21-00743 SB (ADS)                    Date:  June 7, 2021

Title:  _Christopher Marquez v. Warden_

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**        **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

Before the Court is Petitioner Christopher Marquez's Petition for Writ of Habeas Corpus by a Person in State Custody.  [Dkt. No. 1].  On April 30, 2021, the Court issued an Order Regarding Screening of Petition ("Screening Order").  [Dkt. No. 3].  The Screening Order notified Petitioner that (1) he failed to pay the required filing fee or submit an IFP Request; and (2) Petitioner did not name a respondent in the Petition.  [Id.].  The Court provided Petitioner with options for how to proceed with the Petition and ordered Petitioner to respond by May 21, 2021.  [Id.].  Petitioner has not filed a response to the Screening Order or otherwise communicated with the Court since initiating this action on April 26, 2021.  See [Dkt. No.1].

**By no later than June 28, 2021,** Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute the Petition and follow court orders.   Petitioner may respond to this Order by (1) paying the $5.00 filing fee, (2) filing a completed Request to Proceed In Forma Pauperis with the required supporting documentation, or (3) showing cause and explaining why he is unable to pay the filing fee or file a completed IFP Request.

If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  _The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience._

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:21-00743 SB (ADS)                    Date:  June 7, 2021

Title:  *Christopher Marquez v. Warden*


      **Petitioner is cautioned that failure to timely file a response will result in a recommendation that this action be dismissed for the reasons stated in the April 30, 2021 order, for failure to prosecute and/or obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

Initials of Clerk <u>kh</u>