UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER MARQUEZ,

      Petitioner,

v.

BRIAN KIBLER,

      Respondent.

Case No. 5:21-cv-00743-SB-ADS

ORDER ACCEPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF THE
U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, Dkt. No. 1, the records on file, and the Report and Recommendation of the U.S. Magistrate Judge, Dkt. No. 16.   No objections were filed.  IT IS ORDERED that:

1.  The findings, conclusions, and recommendations in the Report and Recommendation are accepted.

2.  Judgment shall be entered denying and dismissing with prejudice the Petition for a Writ of Habeas Corpus.

3.  The Clerk shall serve copies of this Order, the Report and Recommendation, and the Judgment on Petitioner and all counsel of record.

Date: January 25, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1