JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISOPHER MARQUEZ,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN KIBLER,<br><br>    Respondent. | Case No. 5:21-cv-00743-SB-ADS<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the U.S. Magistrate Judge, IT IS ADJUDGED that the Petition for a Writ of Habeas Corpus is denied and dismissed with prejudice.

Date: January 25, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1